UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :   Chapter 13
                                                          :
JAMES & PAMELA ANSEL                                      :
                                                          :
                                                          :
                                                          :
                    Debtor(s)                             :   Bankruptcy No.07-11171ELF

ORDER

AND NOW, this 5th day of June 2007, at Philadelphia, upon consideration of the Chapter 13 standing trustee's Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105, 349 and 1307 and any answer filed thereto, and after a hearing it is

ORDERED, that the instant case is dismissed. Debtors shall not file, individually or jointly, any subsequent bankruptcy case without prior leave of the Court, *for a period of 180 days from the date of this Order.*

HON. ERIC L. FRANK
BANKRUPTCY JUDGE

cc:

**Debtor(s) Counsel**
**MICHAEL A. CIBIK**
Cibik & Cataldo, P.C.
437 Chestnut Street - Suite 1000
Philadelphia, PA 19106

**James Ansel**
**Pamela Ansel**
P.O. Box 1479
Fort Washington, PA 19034

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. box 40119
Philadelphia, PA  19106-0119

Office of the U.S. Trustee
833 Chestnut Street- Suite 500
Philadelphia, PA  19107