```
                         UNITED STATES BANKRUPTCY COURT
                         FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                                    PAGE    1

                                         )   CHAPTER 13
                                         )   CASE NO.       0711171
                                         )
 JAMES  &   PAMELA ANSEL                 )   DATE FILED: 02/28/2007
                                         )   DATE CONFIRMED:
 PO BOX 1479                             )   DATE CONCLUDED: 06/13/2007
 FORT WASHINGTON, PA  19034    DEBTOR (S))
                                         )
 ----------------------------------------)

                          CHAPTER 13 STANDING TRUSTEE'S
                                  FINAL REPORT
                          NOT CONFIRMED(AND DISMISSED)

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
 ---------------------------------------- ---------------------------------------
                                          Amount        Paid
 Claim Creditor's Name                    Allowed       to Date      Balance Due
 ---------------------------------------- ---------------------------------------

 SECURED
 03  FT WASHINGTON REHAB.                 4,852.90          0.00       4,852.90
                                                       ------------
                                                            0.00
 PRIORITY
 04  INTERNAL REVENUE SERVICE           227,760.00          0.00     227,760.00
                                                       ------------
                                                            0.00
 UNSECURED
 01  BUCKEYE   RETIREMENT CO.L.L.C,        9,283.43         0.00       9,283.43
 02  PHILA. FEDERAL CREDIT UNION          39,676.92         0.00      39,676.92
 06  PECO                                  6,875.82         0.00       6,875.82
                                                       ------------
                                                            0.00
 DEBTOR ATTORNEY
 000 MICHAEL A.  CIBIK2                        0.00         0.00           0.00
                                                       ------------
                                                            0.00
 SECURED ARREARAGES
 05  WASHINGTON MUTUAL BANK              112,440.34         0.00     112,440.34
                                                       ------------
                                                            0.00

 -------------------------------------------------------------------------------
     TOTAL RECEIPTS        DISBURSED          TRUSTEE FEES         CASH ON HAND
         0.00                0.00                 0.00                 0.00
 -------------------------------------------------------------------------------
```

```
                     UNITED STATES BANKRUPTCY COURT
                     FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                              PAGE    2

                                    )      CHAPTER 13
                                    ) CASE NO.      0711171
                                    )
 JAMES  &   PAMELA ANSEL            )      DATE FILED: 02/28/2007
                                    ) DATE CONFIRMED:
 PO BOX 1479                        ) DATE CONCLUDED: 06/13/2007
 FORT WASHINGTON, PA   19034     DEBTOR (S)    )
                                    )
-------------------------------------------)
```

CHAPTER 13 STANDING TRUSTEE'S
FINAL REPORT
NOT CONFIRMED(AND DISMISSED)

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.


/s/ WILLIAM C MILLER
SUITE 583 – THE BOURSE BLDG
111 S INDEPENDENCE MALL E
PHILADELPHIA, PA   19106

PRINTED   06/13/07